UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN SUNKETT,<br>BRITTNEY FLOW-SUNKETT,<br><br>        Plaintiffs,<br><br>  vs.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | 1:19-cv-00816-AWI-GSA-PC<br><br>**ORDER ADDRESSING MOTION FOR LEAVE TO AMEND AND INFORMING PLAINTIFFS THEY HAVE LEAVE TO AMEND THE COMPLAINT ONCE AS A MATTER OF COURSE**<br>**(ECF No. 12.)**<br><br>**ORDER DEEMING FIRST AMENDED COMPLAINT PROPERLY FILED ON JULY 11, 2019**<br>**(ECF No. 13.)** |

**I.    BACKGROUND**

Glenn Sunkett and Brittney Flow-Sunkett ("Plaintiffs") are proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs filed the Complaint commencing this action on June 12, 2019. (ECF No. 1.)

On July 11, 2019, Plaintiffs filed a motion to amend the Complaint along with a First Amended Complaint. (ECF Nos. 12, 13.)

**II.    LEAVE TO AMEND – RULE 15(a)**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse

1

party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Because Plaintiffs have not amended the Complaint, and no responsive pleading has been served in this action, Plaintiffs have leave to file an amended complaint as a matter of course. Thus, Plaintiffs' motion to amend is resolved and the First Amended Complaint is deemed properly filed on July 11, 2019.

## III. CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Plaintiffs are informed that they have leave to amend the complaint once as a matter of course;
2. This order resolves Plaintiffs' motion for leave to amend the complaint, filed on July 11, 2019; and
3. Plaintiffs' First Amended Complaint is deemed properly filed on July 11, 2019.

IT IS SO ORDERED.

Dated: **August 22, 2019**   **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE